IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI D. SHENK,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>               Defendant. | 8:17CV279<br><br>ORDER |

This matter is before the court on plaintiff's motion for leave to proceed in forma pauperis in this appeal from a decision by the Social Security Administration, Filing No. 3. The court has reviewed the motion and finds that the motion is incomplete. The plaintiff shall submit an amended motion for leave to proceed in forma pauperis with all the questions on the AO 240 form answered to the court within 14 days of the date of this Order.

IT IS SO ORDERED.

Dated this 1st day of August, 2017.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Senior United States District Judge