IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LORI D. SHENK, | |
|---|---|
| Plaintiff, | 8:17CV279 |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ORDER |
| Defendant. | |

This matter is before the court on plaintiff's motion and amended motion for leave to proceed in forma pauperis in this appeal from a decision by the Social Security Administration, Filing No. 3 and Filing No. 7. The court has reviewed the amended motion and finds that it should be granted.

IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, Filing No. 3, is denied as moot.

2. Plaintiff's amended motion to proceed in forma pauperis, Filing No. 7, is granted.

Dated this 14th day of August, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge