IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**LORI D. SHENK,**

    Plaintiff,

vs.

**CAROLYN W. COLVIN,** Acting Commissioner of Social Security,

    Defendant

No. 8:17-CV-00279-JFB

ORDER EXTENDING TIME TO FILE MOTION TO REVERSE

This matter comes before the Court on Plaintiff's Application for Extension of Time to File Motion to Reverse (docket number 14) filed on November 22, 2017. The Plaintiff requests that the deadline for filing her motion and brief be extended an additional ten days due to the Thanksgiving holiday. The Court finds that the application should be granted.

## ORDER

**IT IS THEREFORE ORDERED** that the deadlines for briefing are hereby **EXTENDED** as follows:

1. Plaintiff's motion to reverse shall be filed on or before December 7, 2017.
2. Defendant's motion to affirm shall be filed on or before January 8, 2018.
3. Plaintiff's reply shall be filed on or before January 22, 2018.

DATED this 27th day of November, 2017.

                                          s/ Joseph F. Bataillon
                                          Senior United States District Judge