## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI D. SHENK, | |
| Plaintiff, | **8:17CV279** |
| vs. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security; | |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date,

1.      Judgment for attorney fees is entered in favor of the plaintiff and against the defendant in the amount of $4,532.78, under the Equal Access to Justice Act, 28 U.S.C. § 2412.

2.      Judgment for attorney fees is entered in favor of the plaintiff and against the defendant in the amount of  $7,529.25 under 42 U.S.C. § 406(b)(1).

Dated this 21st day of May, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge